In the Matter of MATHIASEN SHIPPING COMPANY, INC., et al., Appellants. EDWARD CORSI, as Industrial Commissioner, Respondent.

Submitted February 21, 1949; decided March 3, 1949.

*Nathaniel L. Goldstein, Attorney-General (Francis R. Curran* of counsel), for motion.

*Thomas A. McDonald* and *James S. Tobin* opposed.

Motion granted and appeals dismissed, with costs and $10 costs of motion upon the ground that no substantial constitutional question is directly involved.

SOPHIE SZATMARY, Respondent, *v.* BRICK SUPPLY AND CONTRACTING COMPANY, INC., et al., Appellants, et al., Defendants.

Submitted February 21, 1949; decided March 3, 1949.